IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GABRIELLE NICOLE GILLIAM : 
ALLEN *EXECUTRIX, ON BEHALF* :
*OF THE ESTATE OF EUGENE ALLEN*, :
Plaintiff, :
 :
v. : CIVIL ACTION NO. 18-CV-2793
 :
JUDGE WILLIAM P. MAHON, :
Defendant. :

## ORDER

AND NOW, this 22nd day of August, 2018, upon consideration of Plaintiff Gabrielle Nicole Gilliam Allen's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and her Complaint (ECF No. 2), it is **ORDERED** that:

1. The Stay imposed by the Court's July 23, 2018 Order is **LIFTED**.

2. Allen is **GRANTED** leave to proceed *in forma pauperis*.

3. The Complaint is **DISMISSED** for the reasons stated in the Court's Memorandum. Allen may not file an amended complaint in this case.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
_____
**NITZA I. QUIÑONES ALEJANDRO, J.**